UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe (UB-00004)**,<br><br>Plaintiff,<br><br>v.<br><br>**Uber Technologies, Inc.; Rasier-CA, LLC Does 1-10,**<br><br>Defendants | Case No. 1:26-CV-05718-KES-CDB<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION <u>AS MODIFIED</u>**<br><br>(Doc. 19) |

Considering the parties' October 5, 2026, Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall have until October 20, 2026 to file a First Amended Complaint;
2. Plaintiff's deadline to file a response to Defendants' pending motion to dismiss (~~ECF~~ <u>Doc.</u> No. 18) is extended to October 21, 2026. In the event that Plaintiff does not file a First Amended Complaint by October 20, 2026, she shall file her response to the motion to dismiss, the Parties shall confer on a date for the reply and the hearing, and the Court will proceed to decide the motion;

3. In the event that Plaintiff files a First Amended Complaint by October 20, 2026, the pending motion to dismiss (Doc. 18) will be terminated as moot, and Defendants shall have until November 30, 2026, to respond to any First Amended Complaint, including via a motion to dismiss;

   a. Plaintiff shall have until December 30, 2026 to oppose any motion to dismiss filed by Defendants; and

   b. Defendants shall have until January 22, 2027 to file any reply in support of a motion to dismiss.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE